

FILED

07/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0335

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0335

B.D. and J.D.,

      Petitioners,

  v.

THIRTEENTH JUDICIAL DISTRICT,
YELLOWSTONE COUNTY,
HONORABLE ROD SOUZA, Presiding,

      Respondent.

FILED

JUL 2 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioners B.D. and J.D., via counsel, seek a writ of supervisory control to reverse an order of the Thirteenth Judicial District Court, Yellowstone County, in Cause Nos. DN-18-411 and DN-19-194, that denied their motions to intervene.

The cases underlying this proceeding are two dependent neglect cases in which the children have been placed in foster care and adjudicated Youths in Need of Care pursuant to § 41-3-437, MCA. Petitioners maintain the District Court erred in concluding that Petitioners, the foster parents of the youths who are the subject of those proceedings, are not entitled to intervene in those matters under § 41-3-422(9)(b), MCA. Thus, they ask this Court to take supervisory control over the District Court in these cases.

Pursuant to Article VII, Section 2(2), of the Montana Constitution, this Court may exercise supervisory control over other courts. The procedure for a petition for such writ is found within M. R. App. P. 14. Pertinent to our disposition of the present petition, M. R. App. P. 14(6) provides in part, "If a petition for an extraordinary writ or for a writ of supervisory control is filed with respect to any proceeding pending in the district court, the petition and any exhibits relating to a ruling of the district court must be served upon the district judge against whose ruling it is directed and upon all parties."

In this instance, Petitioners served their Petition upon the District Court, the presiding Judge, and their own co-counsel. They failed to serve any of the parties to the underlying case.

Petitioners' failure to comply with the mandatory provisions of Rule 14(6) leaves this Court without jurisdiction to entertain the matter. *Mont. Power Co. v. Mont. Dep't of Pub. Serv. Regulation*, 218 Mont. 471, 479, 709 P.2d 995, 999 (1985) (holding that this Court acquires no jurisdiction to entertain and determine an appeal if the mandatory statutory provisions are not complied with) (citing *In re Malick's Estate*, 124 Mont. 585, 228 P.2d 963 (dismissing an appeal where the appellant failed to serve notice of appeal as required by statute)).

Therefore,

IT IS ORDERED that the petition for writ of supervisory control is DENIED and DISMISSED.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Thirteenth Judicial District Court, Yellowstone County, Cause Nos. DN-18-411 and DN-19-194, and the Honorable Rod Souza, presiding.

DATED this 20ᵗʰ day of July, 2021.

Justices